[No. 55246-5-I.  Division One.  November 21, 2005.]

ROBERT K. ZABKA ET AL., *Appellants*, v. BANK OF AMERICA CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-10502-1, John P. Erlick, J., entered October 14, 2004. *Affirmed* by unpublished opinion per Baker, J., concurred in by Appelwick, A.C.J., and Grosse, J. Now published at 131 Wn. App. 167.

[No. 55468-9-I.  Division One.  November 21, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. KRISTOPHER LARSEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-10322-0, William L. Downing, J., entered December 3, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55731-9-I.  Division One.  November 21, 2005.]

FRIENDS OF FIRST UNITED METHODIST CHURCH ET AL., *Appellants*, v. THE CITY OF SEATTLE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-27652-7, Douglass A. North, J., entered January 12, 2005. *Affirmed* by unpublished opinion per Appelwick, A.C.J., concurred in by Agid and Ellington, JJ.

[No. 56021-2-I.  Division One.  November 21, 2005.]

ANTHONY MULLEN, *Petitioner*, v. PHYSICIANS INSURANCE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-2-00986-9, Gerald L. Knight and Stephen J. Dwyer, JJ., entered February 23, 2004. *Reversed* by unpublished opinion per Schindler, J., concurred in by Grosse, J.; Kennedy, J., indicated her concurrence prior to her death on September 16, 2005.